IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALLEN POMMIER, | ) | Case No. 8:11CV71 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHASE BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

Counsel appeared telephonically for a R.16 conference.  John Carter represented the plaintiff and Aaron Weiner represented the defendant.  Counsel for Plaintiff advised the court that the parties have reached a settlement.

   **IT IS ORDERED:**

   1.  On or before **September 16, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case; and

   2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

   Dated this 17th day of August 2011.

                           BY THE COURT:


                           s/ F.A. Gossett, III
                           United States Magistrate Judge