# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALLEN POMMIER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:11CV71** |
| | ) | |
| V. | ) | |
| | ) | |
| **CHASE BANK, N.A.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

On August 17, 2011, the parties notified the court that this case had been settled. Accordingly, on that date, the court entered an order directing the parties to file a joint stipulation for dismissal by or before September 16, 2011. ([Filing 15](#)). The order advised the parties that failure to submit said dismissal documents could result in dismissal of this action without further notice. (*Id.*) As of today's date, the parties have not submitted the dismissal documents as directed.

**IT IS ORDERED** that the parties shall submit a joint stipulation for dismissal by or before October 21, 2011. Failure to do so will result in a recommendation that this action be dismissed.

DATED October 14, 2011.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge