IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALLEN POMMIER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV71 |
| | ) | |
| V. | ) | |
| | ) | FINDINGS AND |
| CHASE BANK, N.A., | ) | RECOMMENDATION |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 17, 2011, the parties notified the court that this case had been settled. The court subsequently entered an order directing the parties to file a stipulation for dismissal by or before September 16, 2011. (Filing 15.) The parties did not submit the settlement documents as ordered. Therefore, on October 14, 2011, the court entered an order directing the parties to submit a joint stipulation for dismissal by October 21, 2011. (Filing 16.) The order warned the parties that failure to submit the stipulation would result in a recommendation that this action be dismissed.

To date, the court has not received a joint stipulation for dismissal or any other settlement documents from the parties. There has been no activity in this case since the court entered its October 14, 2011 order.

**Accordingly**, it is recommended to the Honorable Chief Judge Laurie Smith Camp that this matter be dismissed without prejudice.

**DATED March 7, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**