# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ALLEN POMMIER,** | ) | **CASE NO. 8:11CV71** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **CHASE BANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 17) recommending that this case be dismissed without prejudice.  On August 17, 2011, the parties notified the Court that the case had been settled.  (Filing No. 14.)   The Court directed the parties to file a stipulation for dismissal by or before September 16, 2011, and that failure to do so could result in the case being dismissed without further notice.  (Filing No. 15.) The parties did not submit a stipulation for dismissal as the Court directed.  On October 14, 2011, the Court again directed the parties to submit a joint stipulation for dismissal, this time by or before October 21, 2011.  (Filing No. 16.) There has been no activity in this case since the Court's October 14, 2011, Order, and the Court has not received a joint stipulation for dismissal or any other settlement documents from the parties.  Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 17) are adopted in their entirety;

2. This matter is dismissed, without prejudice; and

3. The parties will pay their own costs and attorney's fees.

DATED this 8th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge